PD-0772-15

NO. 01-13-00920

Lydell Anton Jones,
PETITIONER

§ IN THE

§
§
§ OF
§
§
§

VS.

THE STATE OF TEXAS,
RESPONDENT

§ CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Come Now, Lydell A. Jones, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion Petitioner shows the Court the following:

### I.

August 21, 2013 trial court sentenced Petitioner to sixty-five (65) years in TDCJ for POSSESSION OF A CONTROLLED SUBSTANCE WITH THE INTENT TO DELIVER / MANUFACTURE. District Court 221st of Montgomery County, Texas Cause # 12-00-09912. August 21, 2013 Petitioner filed the Notice of Appeals with the court and was designated to the Ninth Court of Appeals in Beaumont, Texas. but later transferred to the first Court of Appeal in Houston, Texas. The Court of Appeals Affirm conviction and issued an opinion on March 31 2015.

### II.

Deadline for filing Petition for Discretionary Review was June 15 2015. A motion for rehearing was filed, pro-se by Petitioner May 10, 2015 with no notice or response yet. Petitioner Mailed out Motion for rehearing to the courts on the 10th DAY of May 2015. No extension has been granted to extend the time to file the PDR.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was informed of the decision made by the court of Appeals. Since that time Petitioner has been attempting to gain legal representation in this Matter. His Attorney on the appeal ERIK BERGLUND, has informed him (Petitioner) the he will not represent him on the Petitionary Review.

# PRAYER

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the petition for Discretionary Review in Cause No 12-09-09812 to August 28 2015.

Respectfully Submitted

Lydell Jones
Petitioner Pro Se
TDCJ # 1902538
Texas Department of Criminal Justice

# CERTIFICATE OF SERVICE

I, Lydell Anton Jones, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United State Mail, postage, prepaid, first class, to the court of Criminal Appeals District Clerk P.O. Box 12308 Austin Texas 78711 on this the Month of June 15th, day of 2015

Lydell Jones
Petitioner Pro Se

Date: 6-15-15

Mr. Able Acosta
Court of Criminal Appeals
PO Box 12308
Austin, TX 78711

Dear Mr. Acosta:

Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

*Lydell Jones*

Petitioner Pro Se
TDCJ # 1902838
Texas Department of Criminal Justice
Unit: Coffield
Address: 2661 FM 2054
Tennessee Colony, Texas 75884